

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00045-CR

EX PARTE BRUCE ALLEN HANSON

§ On Appeal from the 30th District Court

§ of Wichita County (DC30-CV2022-0173)

§ May 12, 2022

§ Memorandum Opinion by Chief Justice Sudderth

§ Dissenting Memorandum Opinion by Justice Wallach

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth